IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MICHELE A. PETERSON, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | COMPLAINT AND JURY DEMAND |
| | ) | |
| GOOGLE, INC., a Delaware Corporation, MAINELLI MECHANICAL CONTRACTORS, INC, a Nebraska corporation, and EUREST SERVICES, INC., a Delaware corporation, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff, Michele A. Peterson, and for her cause of action, states and alleges as follows:

**PARTIES**

1. Plaintiff Michele A. Peterson ("Plaintiff") is a resident of Papillion, Sarpy County, Nebraska.

2. Defendant Google, Inc. ("Google") is, upon information and belief, a Delaware corporation transacting business in Council Bluffs, Pottawattamie County, Iowa. Google is a statutory employer as defined under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203(d).

3. Defendant Mainelli Mechanical Contractors, Inc. ("Mainelli Mechanical") is a Nebraska corporation transacting business in Council Bluffs, Pottawattamie County, Iowa. Mainelli Mechanical is a statutory employer as defined under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203(d).

4.      Defendant Eurest Services, Inc. is, upon information and belief, a Delaware corporation transacting business in Council Bluffs, Pottawattamie County, Iowa, and was formerly known as Crothall Services Group ("Crothall"). Eurest Services, Inc. Is a statutory employer as defined under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203(d).

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 based on the allegations that Google violated the FLSA.

6.      Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b) as all material facts giving rise to Plaintiff's claims occurred in this District.

## FACTS

7.      On or about January 14, 2008, Google hired Plaintiff, a non-exempt employee, as a facility coordinator of its business facility located in Council Bluffs, Iowa. Shortly thereafter, Google contracted with Crothall, now known as Eurest Services, Inc., to run Plaintiff's payroll through it for the work she performed on Google's behalf.

8.      In February of 2009, Google subsequently contracted with Manelli Contractors to run Plaintiff's payroll through it for work she performed on Google's behalf.

9.      At all times relevant to these proceedings, Plaintiff worked for Google and received instructions from Google and its management with regard to her daily work functions and tasks.

10.     Throughout her employment, Google's management required Plaintiff to work Monday through Saturday for 50-60 hours per week. Although Plaintiff was paid on a

salary basis, her average hourly wage did not compensate for the additional overtime hours it took her to complete the work demanded by Google's management.

11. From the time she was hired until her termination on February 7, 2011, Plaintiff did not receive any overtime compensation while performing and completing her assigned duties as facilities coordinator.

12. As a result of Defendants' willful failure to pay overtime wages as required under the FLSA, Plaintiff is entitled to recover unpaid overtime wages wrongfully withheld three years from the date of this filing.

### FIRST CAUSE OF ACTION
**(Failure to Pay Overtime Wages in Violation of the FLSA)**

13. Plaintiff alleges paragraphs 1 through 12 of her Complaint as if fully set forth herein.

14. Defendants are covered employers required to comply with the FLSA.

15. Plaintiff was required to work in excess of 40 hours per week and did not receive overtime compensation at time and one-half her average hourly rate as a non-exempt employee.

16. Defendants' violation of the FLSA was willful.

17. As a result of Defendants' willful conduct, Plaintiff is entitled to all overtime wages she is owed as well as liquidated damages equal to the amount of overtime wages Defendants failed to pay Plaintiff as a result of their violation of the FLSA.

WHEREFORE, Plaintiff, Michele A. Peterson respectfully requests judgment against the Defendants in their proportionate faults for all unpaid overtime wages due Plaintiff in an amount to be proven at trial, for liquidated damages equal to the amount of Plaintiff's

unpaid overtime wages, for prejudgement interest, for attorney's fees and costs, and for such further relief as this Court deems just under the circumstances.

        MICHELE A. PETERSON, Plaintiff

        By:  /s/Patrick M. Flood
        Patrick M. Flood, #9722
        HOTZ, WEAVER, FLOOD, BREITKREUTZ
         & GRANT
        444 Regency Parkway Drive, Suite 310
        Omaha, Nebraska 68114
        (402) 397-1140
        (402) 397-1199 (facsimile)
        Attorney for Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all issues in Council Bluffs, Iowa.

        MICHELE A. PETERSON, Plaintiff

        By:  /s/Patrick M. Flood
        Patrick M. Flood, #9722
        HOTZ, WEAVER, FLOOD, BREITKREUTZ
         & GRANT
        444 Regency Parkway Drive, Suite 310
        Omaha, Nebraska 68114
        (402) 397-1140
        (402) 397-1199 (facsimile)
        Attorney for Plaintiff

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michele A. Peterson

## DEFENDANTS
Google, Inc., a Delaware corporation, Mainelli Mechanical Contractors, Inc., a Nebraska corporation, and Eurest Services, Inc., a Delaware corporation

(b) County of Residence of First Listed Plaintiff: **Sarpy County, NE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Pottawattamie County, IA**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Patrick M. Flood, Hotz, Weaver, Flood, Breitkreutz & Grant
444 Regency Parkway Drive, #310, Omaha, NE 68114; (402) 397-1140

Attorneys (If Known)
Christopher E. Hoyme, Jackson Lewis LLP
10050 Regency Circle, #400, Omaha, NE 68114; (402) 827-4232

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane, ☐ 315 Airplane Product Liability, ☐ 320 Assault, Libel & Slander, ☐ 330 Federal Employers' Liability, ☐ 340 Marine, ☐ 345 Marine Product Liability, ☐ 350 Motor Vehicle, ☐ 355 Motor Vehicle Product Liability, ☐ 360 Other Personal Injury | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | **PERSONAL INJURY** — ☐ 362 Personal Injury - Med. Malpractice, ☐ 365 Personal Injury - Product Liability, ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** — ☐ 370 Other Fraud, ☐ 371 Truth in Lending, ☐ 380 Other Personal Property Damage, ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | **PRISONER PETITIONS** — ☐ 510 Motions to Vacate Sentence, **Habeas Corpus:** ☐ 530 General, ☐ 535 Death Penalty, ☐ 540 Mandamus & Other, ☐ 550 Civil Rights, ☐ 555 Prison Condition | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | **IMMIGRATION** — ☐ 462 Naturalization Application, ☐ 463 Habeas Corpus - Alien Detainee, ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**29 U.S.C. 203(d)**
Brief description of cause:
**Failure to pay overtime wages**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 05/16/2011
SIGNATURE OF ATTORNEY OF RECORD: s/Patrick M. Flood

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____