IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MICHELE A. PETERSON, ) | |
| ) | CIVIL NO. 1:11-cv-00017 |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STATUS REPORT** |
| ) | |
| GOOGLE, INC., a Delaware corporation, ) | |
| MAINELLI MECHANICAL ) | |
| CONTRACTORS, INC., a Nebraska ) | |
| corporation, and EUREST SERVICES, ) | |
| INC., a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's Order of September 16, 2011, requesting a status report on electronically-stored information ("ESI") the parties state the following:

The parties have met and conferred in response to the Court's Order and make the following representations:

1. The estimated number of custodians of electronically-stored information who will be the subject of orders of retention, and orders for search for information.

   a. Michele Peterson
   b. Mainelli Mechanical Contractors, Inc. (potentially 3 or greater)
   c. Google, Inc. (potentially 5 or greater)
   d. Eurest, Inc. (potentially 2 or greater)

2. The estimated number of items of electronically-stored information that is likely to be at issue in this case.

   Likely to be over 1,000 items.

3. The agreed time frame for all searches of computers maintained by any and all parties.

>Within 30 days of ESI being requested through the normal course of discovery.

4. The agreed format for any computerized searches.

>The parties will agree to either a pdf or pst format.

5. The agreed search terms to be utilized in any computerized search.

>Michele Peterson and her Google email address and any other search terms agreed to by the parties.

6. Whether the existence of, and retention of, ESI has been identified in the initial disclosures exchanged, or to be exchanged by the parties.

>Topics of ESI will probably be identified in the initial disclosures to be exchanged by the parties.

7. The implementation and existence of litigation holds on electronically stored information by all parties.

>Litigation holds were implemented upon notice to the Defendants of Plaintiff's claim.

DATED this 5th day of October, 2011.

>GOOGLE, INC. and EUREST SERVICES, INC., Defendants
>
>   /s/ Christopher E. Hoyme           .
> Christopher E. Hoyme, (IA #27205)
> Jackson Lewis LLP
> 10050 Regency Circle, Suite 400
> Omaha, NE 68114
> Tel: (402) 391-1991
> Fax: (402) 391-7363
> E-mail:  HoymeC@jacksonlewis.com
>
> Attorneys for Defendant

MAINELLI MECHANICAL CONTRACTORS, INC., Defendant

 /s/ David S. Houghton                               .
David S. Houghton, #15204
Lieben, Whitted, Houghton, Slowiaczek
& Cavanagh, PC, LLO
100 Scoular Building, 2027 Dodge Street
Omaha, NE 68102
Tel: (402) 344-4000
Fax: (402) 344-4006
Email: dhoughton@liebenlaw.com

Attorneys for Defendant Mainelli Mechanical Contractors, Inc.

MICHELE PETERSON, Plaintiff

 /s/ Patrick M. Flood                               .
Patrick M Flood, #9722
Hotz Weaver Flood Breitkreutz & Grant
444 Regency Parkway Drive, Suite 310
Omaha, NE 68114
Tel: (402) 397-1140
Fax: (402) 397-1199
Email: patflood@hotzweaver.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Patrick M Flood
Hotz Weaver Flood Breitkreutz & Grant
444 Regency Parkway Drive, Suite 310
Omaha, NE  68114
patflood@hotzweaver.com

David S. Houghton
Lieben, Whitted, Houghton, Slowiaczek & Cavanagh, PC, LLO
100 Scoular Building, 2027 Dodge Street
Omaha, NE  68102
dhoughton@liebenlaw.com

   /s/  Christopher E. Hoyme    .

4851-2050-8939, v.  1