IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MICHELE A. PETERSON, | ) | |
| | ) | CIVIL NO. 1:11-cv-00017 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT MOTION TO STAY** |
| | ) | **PROCEEDINGS** |
| GOOGLE, INC., a Delaware corporation, | ) | |
| MAINELLI MECHANICAL | ) | |
| CONTRACTORS, INC., a Nebraska | ) | |
| corporation, and EUREST SERVICES, | ) | |
| INC., a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Michele Peterson, and Defendants, Google, Inc., Mainelli Mechanical Contractors, Inc., and Eurest Services, Inc. (jointly the "Parties"), by and through their attorneys of record, hereby move for a stay of proceedings in the above-captioned action.  The suggestions in support of this Motion are as follows:

1. On or about May 16, 2011, Plaintiff filed a Complaint in the United States District Court for the Southern District of Iowa.

2. On September 16, 2011, the Court filed an Order approving and adopting as amended the Proposed Scheduling Order and Discovery Plan that was filed on September 13, 2011.

3. The Parties have agreed to mediate this case on December 2, 2011 and want to devote their resources toward the mediation of this matter.

4. Staying this matter pending the outcome of the mediation should promote more efficient use of judicial and Party resources.

WHEREFORE, based on the foregoing, the Parties request the Court stay the proceedings pending the outcome of the December 2, 2011 mediation to conserve resources. The Parties shall immediately inform the Court upon the outcome of the mediation.

DATED this 12th day of October, 2011.

Respectfully Submitted,

GOOGLE, INC. and EUREST SERVICES, INC., Defendants

　　/s/ Christopher E. Hoyme　　　　　　.
Christopher E. Hoyme, (IA #27205)
Jackson Lewis LLP
10050 Regency Circle, Suite 400
Omaha, NE 68114
Tel: (402) 391-1991
Fax: (402) 391-7363
E-mail: HoymeC@jacksonlewis.com
Attorneys for Defendants Google, Inc. and Eurest Services, Inc.

MAINELLI MECHANICAL CONTRACTORS, INC.,
Defendant

　/s/ David S. Houghton　　　　　　　　.
David S. Houghton, #15204
Lieben, Whitted, Houghton, Slowiaczek
& Cavanagh, PC, LLO
100 Scoular Building, 2027 Dodge Street
Omaha, NE 68102
Tel: (402) 344-4000
Fax: (402) 344-4006
Email: dhoughton@liebenlaw.com
Attorneys for Defendant Mainelli Mechanical Contractors, Inc.

MICHELE PETERSON, Plaintiff

　/s/ Patrick M. Flood　　　　　　　　　.
Patrick M Flood, #9722
Hotz Weaver Flood Breitkreutz & Grant
444 Regency Parkway Drive, Suite 310
Omaha, NE 68114
Tel: (402) 397-1140
Fax: (402) 397-1199
Email: patflood@hotzweaver.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Patrick M Flood
Hotz Weaver Flood Breitkreutz & Grant
444 Regency Parkway Drive, Suite 310
Omaha, NE  68114
patflood@hotzweaver.com

David S. Houghton
Lieben, Whitted, Houghton, Slowiaczek & Cavanagh, PC, LLO
100 Scoular Building, 2027 Dodge Street
Omaha, NE  68102
dhoughton@liebenlaw.com

   /s/  Christopher E. Hoyme     .

4818-3921-9980, v.  1